07-260

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District Delaware / Maryland |
|---|---|
| Name Felicia Sandra Wall | Prisoner No. 00187331  Case No. 0612003685 |
| Place of Confinement Baylor Womens correctional | 660 Baylor Blvd New Castle DE 19720 |

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Felicia S. Wall | v. Warden Patrick Ryan B.W.C.I |

The Attorney General of the State of: Delaware / Maryland

## PETITION

1. Name and location of court which entered the judgment of conviction under attack __Justice of the peace court 20 300 walnut St. Wilmington, DE 19801__

2. Date of judgment of conviction __1-5-2007__

3. Length of sentence __Release from custody__

4. Nature of offense involved (all counts) __Fugitive from another state__

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   __NA__
   __NA__

6. If you pleaded not guilty, what kind of trial did you have? (Check one) NA
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☒ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

FILED MAY 15 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

(2)

AO 241 (Rev. 5/85)

N/A 9. If you did appeal, answer the following:

   (a) Name of court _____

   (b) Result _____

   (c) Date of result and citation, if known _____

   (d) Grounds raised _____

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

      (1) Name of court _____

      (2) Result _____

      (3) Date of result and citation, if known _____

      (4) Grounds raised _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

      (1) Name of court _____

      (2) Result _____

      (3) Date of result and citation, if known _____

      (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☐ No ☒

N/A If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court _____

      (2) Nature of proceeding _____

      (3) Grounds raised _____

AO 241 (Rev. 5/85)

_____

_____

_____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐  No ☐

    (5) Result _____

    (6) Date of result _____

(b) As to any second petition, application or motion give the same information:

    (1) Name of court _____

    (2) Nature of proceeding _____

_____

    (3) Grounds raised _____

_____

_____

_____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐  No ☐

    (5) Result _____

    (6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes ☐  No ☐
    (2) Second petition, etc.  Yes ☐  No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: The case was dismissed and the Judge and commissioner ordered that I be released

Supporting FACTS (state *briefly* without citing cases or law): Maryland was given 30 days to answer to a fugitive warrant they put into place I refused extradition, 30 days later a trial was held to determin if Maryland wanted me or not Maryland did not show up in court so the warrant was dismissed and Judge Vernon a Taylor of Court 20 ordered that I be released

B. Ground two: I was brought back to a Level 5 facility without just cause I had no violations.

Supporting FACTS (state *briefly* without citing cases or law): After the release was ordered, I was sent to work Release (Plummer center) to complete my level 4 sentance of 1 year, This was on 1-17-07 on 1-19-07 I was handcuffed and drug out of my bed striped of all my belongings and brought back to BWCI Level 5, I was told that Maryland called and said they where going to issue a Governors warrant this warrant has not been Issued to Date.

(5)

AO 241 (Rev. 5/85)

C. Ground three: I was forced into a Level 5 facility with no arrest or violations

Supporting FACTS (state *briefly* without citing cases or law): Once I was placed in Level 4, I was issued a bed, after 2 days when they brought me back to Level 5, the plummer center officals lied on paper to send me back by saying they had no beds available thats a lie because I was allready in a bed for 2 days.

D. Ground four: I have been hold in a Level 5 facility on Level 4 status for 8 months with out being extrodited

Supporting FACTS (state *briefly* without citing cases or law): Im still here, they hadve had 8 months to come get me I think their time was allready up.

N/A If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    N/A (a) At preliminary hearing

    N/A (b) At arraignment and plea

3

AO 241 (Rev. 5/85)

(c) At trial ___Public Defender New Castel County Delaware___

N/A At sentencing _____

N/A On appeal _____

N/A In any post-conviction proceeding _____

N/A On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☒   No ☐
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: ___8 months + 8 days of work release expiring on 7-29-07 Max out 7-29-07___

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☒   No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

___4-18-07___
   (date)

___Yelecia S. 3Vall___
Signature of Petitioner

(7)

IN THE COURT OF THE JUSTICES OF THE PEACE OF THE

STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY

COURT NO. 20

Date: January 05, 2007

COMMISSIONER

Department of Corrections
State of Delaware

Dear Sir:

FELICIA S WALL who is in your custody under Commitment signed by Court No 2, on the 06 day of December 2006 has met her obligation by posting bond and/or paying fine and costs due.

We hereby direct that she be released from your custody upon the presentation of this order.

(Seal)
JUSTICE OF THE PEACE COURT 20
Authorized Signature
Clerk or Justice of the Peace

SBI: 00187331 / 02    SEX: F    RACE: B    DOB: 11/12/1965
L0 - 0612003685 : 001 FUG    ANOTHER ST

```
                    State of Delaware
            JUSTICE OF THE PEACE COURT 20
                   300 N WALNUT Street
                   Wilmington, DE 19801
                      (302) 577-7234

                     DISPOSITION RECORD
```

STATE OF DELAWARE

vs

FELICIA S WALL

Court Case #: 0612003685

Summons # 260874

Complaint # 4506000059

Date of Arrest: 12/06/2006

Chapter 11   Section 2513
Code of the State of Delaware

Offense: FUG   ANOTHER ST

Court: JUSTICE OF THE PEACE COURT 20
Plea: NOT GUILTY
Date of Plea: 01/05/2007

Finding: DISMISSED
Date of Finding: 01/05/2007
VCF : $0.00
VRF : $0.00
PD  : $0.00
FINE: $0.00
COST: $0.00
RESTITUTION: $0.00
SUBSTANCE ABUSE: $0.00
VIDEOPHONE: $0.00
ALC   : $0.00

I, VERNON A TAYLOR, Justice of the Peace of the State of Delaware, do hereby certify that the above and foregoing is a true and correct copy of the judgment rendered in the above-captioned case, as is of record in the Justice of the Peace Court automated criminal case management system.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of court this 05 day of January, 2007.

VERNON A TAYLOR

_____
Justice of the Peace

## Offender Status Sheet

Date: 01/22/2007

| SBI #: | 00187331 | Name: FELICIA S WALLS | | Sex: F | |
|---|---|---|---|---|---|
| Location(s): | BWCI | Level(s): 4 | Race: BLACK | DOB: 11/12/1965 | Sex Offender: [ ] |
| AKA: | FELICIA S WALL; JANIS WINCHESTER; FLEICIA S WALL; FELICIA S WALLS | | | | |
| Offender Type: | Sentenced | | Officer(s): | | |

### Level: 4

Start Date: 01/05/2007   MED: 09/12/2007   STRD: 08/27/2007   ADJ: 07/31/2007   PED:   Statutory Days Earned: 16.00

| CASE#/ Court/ Type | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | | Status/ Eff. Date | Length Y | M | D | Start Dt | MED | STRD | Adj Date | CR | Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0504008146 | VK0504141301 | VIOL O/PROBATN | | Current | | | | | | | | | |
| U8 | Robert B Young | STANDARD | 02/03/2006 | 01/24/2006 | | 8 | 8 | 01/05/2007 | 09/12/2007 | 08/27/2007 | 07/31/2007 | | |

Special Conditions:

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| VK0504141301 | 4 | CRT1 | Other Conditions: | HAD TO STOP LEVEL 4 SENTENCE DUE TO FUGITIVE CHARGE. FUGITIVE CHARGE WAS DISMISSED, HAS TO COMPLETE THE BALANCE OF THE SENTENCE (SERVED 8/24/06 - 12/6/06 = 3 MONTHS 12 DAYS, STILL HAS 8 MONTHS 8 DAYS LEFT). / TLS |
| VK0504141301 | 4 | CRT1 | Other Conditions: | UPON SUCCESSFUL COMPLETION OF THE HARBOR HOUSE (COMPLETED 8/24/06) THE BALANCE OF THE SENT. IS SUSP FOR 1 YR AT LEVEL 4 WORK RELEASE. HOLD AT LEVEL 5 HARBOR HOUSE. / TLS<br>***PRINCE GEORGE'S COUNTY (MD) DETAINER*** |
| | | | | NEED TO STOP LEVEL 4 SENTENCE DUE TO OPEN CHARGES. / TLS<br>*ALREADY SERVED 3 MONTHS 12 DAYS ON A 1 YR SENTENCE (BALANCE OF LEVEL 4 SENTENCE TO BE COMPUTED WOULD BE 8 MONTHS 8 DAYS)* |





Felicia S. Wall
1060 Baylor Blvd
New Castle, DE 19720

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE, 19801-3570

U.S.M.S