D.I. # _____

# CIVIL ACTION NUMBER: 07cv260\*\*\*

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7003 1680 0002 2585 9417

Sent To: **Patrick Ryan, Warden**
Street, Apt. No.; or PO Box No.: **Womens Correctional Institute**
City, State, ZIP+4: **660 Baylor Blvd.**
**New Castle, DE 19720**

PS Form 3800, J   See Reverse for Instructions