Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

**FILED**
SEP 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN TO SENDER**

07-260

US POSTAGE $00.41 08/30/2007 Mailed From 19801

NIXIE  XRAY  DE 1  00 09/14/07
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 19899001818   *1127-02639-30-42*

**Felicia Wall**
38 Todds Lane
Wilmington, DE 19802

Note: It is your responsibility to update the Court regarding any change of Address.