## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FELICIA WALL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ. Act. No. 07-260-*** |
| | ) | |
| PATRICK RYAN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

### NOTICE OF FILING OF STATE COURT RECORDS

Respondents file herewith certified copies of the following Delaware Superior Court documents and Department of Correction records:

a. *State v. Wall*, ID No. 0504008146, docket.

b. *State v. Wall*, ID No. 0504008146, sentencing order, dated July 26, 2005.

c. *State v. Wall*, ID No. 0504008146, VOP sentencing order, dated February 3, 2006.

d. *State v. Wall*, ID No. 0504008146, corrected VOP sentencing order, dated February 6, 2006.

e. *State v. Wall*, ID No. 0504008146, modified VOP sentencing order, dated March 29, 2006.

f. Department of Correction inmate location history, Felicia Wall, SBI No. 187331.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398

Dated: October 3, 2007

**CERTIFICATION OF SERVICE**

The undersigned certifies that on October 3, 2007, he electronically filed the attached *Notice of Filing of State Court Records* with the Clerk of Court using CM/ECF. The undersigned further certifies that on October 3, 2007 that he mailed by United States Postal Service the document(s) to the following non-registered participant:

Felicia Wall
1012 White Oak Road
Dover, Delaware  19901

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Gregory E. Smith_____
        Gregory E. Smith, ID # 3869
        Deputy Attorney General
        820 North French Street, 7th Floor
        Carvel State Building
        Wilmington, Delaware 19801
        (302) 577-8398