

## Utility Events

1:07-cv-00260-*** Wall v. Ryan et al
HABEAS, PaperDocuments

## U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 2/1/2008 at 4:52 PM EST and filed on 2/1/2008
**Case Name:**     Wall v. Ryan et al
**Case Number:**   1:07-cv-260
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Case reassigned from the Vacant Judgeship to Judge Joseph J. Farnan, Jr.. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rwc)

**1:07-cv-260 Notice has been electronically mailed to:**
Gregory E. Smith  greg.smith@state.de.us

**1:07-cv-260 Notice has been delivered by other means to:**

Felicia Wall
Plummer Community Corrections Center
38 Todds Lane
Wilmington, DE 19805