IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELICIA WALL, | : |
|  | : |
|       Petitioner, | : |
|  | : |
|    v. | :   Civ. Act. No. 07-260-JJF |
|  | : |
| PATRICK RYAN, Warden, and | : |
| ATTORNEY GENERAL OF THE STATE | : |
| OF DELAWARE, | : |
|  | : |
|       Respondents. | : |

**O R D E R**

At Wilmington, this 30 day of July, 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Felicia Wall's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 1) is **DENIED**.

2. The Court declines to issue a certificate of appealability because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

                                                                      _/s/ Joseph J. Farnan, Jr._____
                                                                       UNITED STATES DISTRICT JUDGE